UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT MOYES,<br><br>Defendant. | 5:23-CR-50148-KES<br><br><br>ORDER DENYING<br>PRO SE MOTION |

Defendant, Scott Moyes, filed a pro se motion for discharge from custody. Docket 117. Moyes, however, is represented by counsel and is not proceeding pro se in this matter. "[A] district court has no obligation to entertain pro se motions filed by a represented party." *United States v. Pate*, 754 F.3d 550, 553 (8th Cir. 2014) (quoting *Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001)). The court will only accept motions filed by counsel. Thus, it is

ORDERED that defendant's pro se motion (Docket 117) is denied without prejudice.

DATED July 8, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE