UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT MOYES,<br><br>Defendant. | 5:23-CR-50148-KES<br><br><br>ORDER DENYING<br>PRO SE MOTIONS |

Defendant, Scott Moyes, filed three pro se motions for discharge from custody. Docket 129; Docket 131; Docket 136. Moyes, however, is represented by counsel and is not proceeding pro se in this matter. "[A] district court has no obligation to entertain pro se motions filed by a represented party." *United States v. Pate*, 754 F.3d 550, 553 (8th Cir. 2014) (quoting *Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001)). The court will only accept motions filed by counsel. Thus, it is

ORDERED that defendant's pro se motions (Docket 129, 131, and 136) are denied without prejudice.

DATED August 12, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE